UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN CAVANAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: |
| | ) |
| GILLIGAN CO., | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**I.     NATURE OF THE CASE**

1. Plaintiff, John Cavanaugh ("Plaintiff" or "Cavanaugh"), by and through counsel, brings this action against Defendant, Gilligan Co., ("Defendant" or "Gilligan"), alleging violations of the Age Discrimination in Employment Act ("ADEA"), as amended, 29 U.S.C. § 621 *et seq*.

**II.     PARTIES**

2. Plaintiff is a resident of Marion County in the State of Indiana, who at all times relevant to this litigation resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant maintains offices and routinely conducts business within the geographical boundaries of the Southern District of Indiana.

**III.     JURISDICTION AND VENUE**

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; and 29 U.S.C. §626 (c).

5. Defendant is an "employer" as that term is defined by 29 U.S.C. §630 (b).

6. Plaintiff was an "employee" as that term is defined by 29 U.S.C. §630 (f).

7. Plaintiff exhausted his administrative remedies by timely filing a Charge of Discrimination against Defendant with the U.S. Equal Employment Opportunity Commission ("EEOC") alleging discrimination based on age. Plaintiff received his Notice of Suit Rights and timely files this action within ninety (90) days of receipt.

8. A substantial part of the events, transactions, and occurrences concerning this lawsuit arose in the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### IV.    FACTUAL ALLEGATIONS

9. Plaintiff was born in the year 1957.

10. In September 2019, Plaintiff was hired by Womack Restaurant Group as a Management Recruiter for various Popeyes' franchises.

11. On or about March 12, 2020, Gilligan Co. took over Womack Restaurant Group's operations. At that time, Plaintiff was moved into a District Manager role.

12. Plaintiff was one of three District Managers who reported to Lance Cook, the Regional Manager. Plaintiff was twenty to thirty years older than the other two District Managers.

13. Following his reassignment on March 12, 2020, Plaintiff began to receive near monthly calls from Chris Zimmerman, the Chief Operating Officer. During those calls, Mr. Zimmerman questioned Plaintiff regarding his retirement plans despite Plaintiff maintaining that he had no foreseeable plans to do so. Mr. Zimmerman continued these calls until Plaintiff's employment was terminated.

14. Shannon Berry, a District Manager employed by Defendant, regularly made disparaging remarks regarding the age of Plaintiff and other older managers. In addition, Plaintiff was referred to as "old dog."

15. On or about September 29, 2020, Defendant terminated Plaintiff's employment. When Plaintiff met with Mr. Zimmerman and Mr. Cook, he was told that while he had performed well during his employment he was not a part of the company's future plans.

16. Mr. Zimmerman and Mr. Cook also made age-related comments about Plaintiff's coworkers. In reference to Steve Lacy, Dave Popp, and Julie Salazy, Mr. Zimmerman and Mr. Cook said they were too old to change. Mr. Zimmerman and Mr. Cook subsequently terminated the employment of Mr. Lacy and Mr. Popp and forced Plaintiff to terminate the employment of Ms. Salazy.

17. Plaintiff's role was subsequently filled with an employee who was thirty years younger than Plaintiff.

### V. CAUSES OF ACTION

18. Plaintiff hereby incorporates paragraphs one (1) through seventeen (17) of his Complaint.

19. Plaintiff is a member of a protected class based on his age.

20. Plaintiff was well-qualified for his position and, at all times relevant, met or exceeded Defendant's performance expectations.

21. Plaintiff suffered an adverse employment action when he was wrongfully terminated by Defendant.

22. Other similarly situated, non-protected employees were not subject to the same treatment.

23. Defendant's actions were intentional, willful, and taken in reckless disregard of Plaintiff's rights.

24. Defendant's unlawful actions have violated Plaintiff's rights as protected by ADEA, 29 U.S.C. § 621.

25. Plaintiff has suffered damages as a result of Defendant's unlawful actions.

## VI. REQUESTED RELIEF

**WHEREFORE**, Plaintiff, John Cavanaugh, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1) Reinstate Plaintiff to the position, salary, and seniority level he would have had but for Defendant's unlawful actions; and/or award front pay to Plaintiff in lieu thereof;

2) All wages, benefits, compensation, and other monetary loss suffered as a result of Defendant's unlawful actions;

3) Compensation for any and all other damages suffered because of Defendant's unlawful actions;

4) Liquidated damages for Defendant's violations of the ADEA, 29 U.S.C. § 621;

5) All attorney's fees and costs incurred as a result of bringing this action;

6) Pre- and Post-Judgment interest on all sums recoverable; and,

7) All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

*/s/ Andrew Dutkanych*
Andrew Dutkanych, Attorney No. 23551-49
Diana Kozlova, Attorney No. 36668-02
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:   (317) 991-4765
Facsimile:   (812) 424-1005

Email: ad@bdlegal.com
Email: dkozlova@bdlegal.com

*Attorneys for Plaintiff, John Cavanaugh*

## **DEMAND FOR JURY TRIAL**

Plaintiff, John Cavanaugh, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

*/s/ Andrew Dutkanych*
Andrew Dutkanych, Attorney No. 23551-49
Diana Kozlova, Attorney No. 36668-02
BIESECKER DUTKANYCH & MACER, LLC
144 North Delaware Street
Indianapolis, Indiana 46204
Telephone:     (317) 991-4765
Facsimile:      (812) 424-1005
Email: ad@bdlegal.com
Email: dkozlova@bdlegal.com

*Attorneys for Plaintiff, John Cavanaugh*